IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIO CESAR CAPA-FLORES,

       Petitioner,

v.

J.L. JAMISON, et al.,

       Respondents.

CIVIL ACTION
NO. 26-4110

## ORDER

**AND NOW**, this 6th day of July 2026, upon consideration of Petitioner Julio Cesar Capa-Flores' Emergency Motion to Enforce (Doc. No. 5) and Respondents' Response (Doc. No. 6), it is **ORDERED** that Petitioner's Emergency Motion to Enforce (Doc. No. 5) is **GRANTED in part**. It is **FURTHER ORDERED** as follows:

1) By July 13, 2026, Respondents must provide Petitioner with a bond hearing under 8 U.S.C. 1226(a), in which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

2) If Respondents fail to hold a bond hearing by July 13, 2026, they must release Petitioner from detention while he awaits the bond hearing.

3) By July 16, 2026, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J